MARY A. WOOTTON et al., respondents,

*v.*

MICHAEL SELTZER et al., appellants.

[Argued November 19th, 1914.   Decided March 1st, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *83 N. J. Eq. 163.*

*Messrs. Wilson & Carr,* for the respondents.

*Messrs. Bourgeois & Coulomb,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER—12.

*For reversal*—None.